

United States District Court
District Of Massachusetts

Date October 10th 2013

Plaintiff Pro Se
AISTIS BATAVICHUS

v.

Defendants

Joseph O'Malley Special Agent ICE
Jeffrey B. Rubin, Attorney

## COMPLAINT

### Parties

1. Plaintiff Pro Se Aistis Batavichus address  138 apt 2, Kalvariju street, Vilnius Lithuania 08209 citizen of Lithuania

2. Defendant Joseph O'Malley special agent ICE  address JFK Federal Building, Government Center Boston MA 02203  and a citizen of the United States

3. Defendant Jeffrey B. Rubin, attorney address 1 Center Plaza, suite 230 Boston, MA 02108 and a citizen of the United States

### Jurisdiction

4. This court has jurisdiction over this matter pursuant to 28 U.S.C. 1332

### Facts

5. I, the plaintiff Aistis Batavichus, have been residing legally in the United States since 1991  as political Asylee From former Soviet Union.

6. On September 7th 2007 I was brutally beaten, tortured, sodomized, urinated on my face by United States Federal Agent Joseph O Malley Aistis Battavichus v. United States of America 07 10331 PBS Boston Federal Court verdict of not guilty proved beyond the reasonable doubt that I, Aistis Batavichus have not hampered deportation and I, Aistis Batavichus have not assaulted United States Federal Agent Joseph O'Malley as charged and indicted.

7. On December 17th 2008 in Boston Federal court courtroom of Honorable P. Saris after the verdict of not

guilty Case 07 10331 I was arrested and detained by ICE

8. In April 2009 while in ICE custody I filed a petition challenging my detention to U.S. First Circuit Court of Appeals Case 09 1451. On April 16th 2009 I was released from ICE detention.

9. My attorney Jeffrey B. Rubin since the end of my trial Boston Federal Court 07 10331 December17th 2009 stated that I must commit suicide.

10. On October 2009 I wrote a letter of presentment to ICE agency receipt 7008 1140 0000 6602 1853

11. On July 22nd 2013 I went to ICE office in Burlington MA requested to detain and deport because I refused to commit suicide as requested by attorney Jeffrey B. Rubin. ICE refused to detain and deport.

12. On August 30th 2013 In Adams street Boston Public Library I attempted to commit suicide as required by Attorney Jeffrey B. Rubin on behalf of United States government according to Jeffrey B. Rubin.

WHEREFORE the plaintiff Pro Se Aistis Batavichus S.S. 026 74 4179

demands judgment against the defendants for damages in the amount of five million dollars and is seeking relief From United States Federal Government continued detention and unlawful prosecution in Boston Federal Court 07 10331 PBS, sodomy, beatings, brutal torture by ICE agent Joseph O'Malley . I Also demand this honorable court to determine weather Attorney Jeffrey B .Rubin Request to commit suicide on behalf of United States Government is lawful that I attempted On August 30th 2013 as requested by attorney Jeffrey B. Rubin on behalf of United States Government and such other relief as defendants payment for the court expenses and such other relief as this Court deems just.

Signature *Aistis Bat*

Plaintiff Pro Se  Aistis Batavicus
Address Kalvariju street 138 apt 2
LT 08209  Vilnius Lithuania

October 30th, 2013

UNITED STATES
BOSTON FEDERAL COURT
OFFICE OF THE CLERK

AISTIS BATAVICHUS
PLAINTIFF PRO SE

## CERTIFICATE OF SERVICE

I, hereby certify that the documents

1. COMPLAINT (Attachment 1)
2. CIVIL COVER SHEET (Attachment 2)
3. CIVIL CATEGORY SHEET (Attachment 3)
4. A COMPLETED SUMMONS FOR EACH DEFENDANT (Attachment 4)
5. CERTIFIED MAIL RECEIPT TO FIRST CIRCUIT COURT OF APPEALS Case # 09-1451
6. CERTIFIED MAIL RECEIPT TO (ICE) AGENCY LETTER OF PRESENTMENT
7. FILING FEE $350 TO BOSTON FEDERAL COURT $350

Were served on October 30th, 2013 via registered mail by the plaintiff pro se

AISTIS BATAVICHUS                    Aistis Bea
Oct 30, 2013